No. 800. MERCURY PRESS, INC. v. DISTRICT OF CO-
LUMBIA. United States Court of Appeals for the District
of Columbia Circuit. Certiorari denied. *Herbert G. Pil-
len* for petitioner. *Vernon E. West, Chester H. Gray* and
*George C. Updegraff* for respondent.

No. 777. SNYDER v. UNITED STATES. Court of Claims.
Certiorari denied.

No. 803. UNITED STATES v. 25.406 ACRES OF LAND IN
ARLINGTON COUNTY, VIRGINIA, ET AL. C. A. 4th Cir.
Certiorari denied. MR. JUSTICE BLACK took no part in
the consideration or decision of this application. *Solici-
tor General Perlman* for the United States. *Francis M.
Shea, Warner W. Gardner* and *Gardner L. Boothe* for
respondents.

No. 415, Misc. ROCKOWER v. UNITED STATES. C. A.
2d Cir. Certiorari denied. *Hancock Griffin, Jr.* for peti-
tioner. *Solicitor General Perlman, Assistant Attorney
General Campbell, Robert S. Erdahl* and *Philip R. Mona-
han* for the United States.

No. 416, Misc. GRIMALDI v. UNITED STATES. C. A. 2d
Cir. Certiorari denied. *Henry K. Chapman* for peti-
tioner. *Solicitor General Perlman, Assistant Attorney
General Campbell, Robert S. Erdahl* and *Philip R. Mona-
han* for the United States.

No. 417, Misc. WHELAN v. UNITED STATES. C. A. 2d
Cir. Certiorari denied. *Vine H. Smith* for petitioner.
*Solicitor General Perlman, Assistant Attorney General*